UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>vs.<br><br>KATEY MCGRUDER,<br><br>       Defendant. | 5:23-CR-50096-02-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND ORDER SCHEDULING SENTENCING |

On May 3, 2024, defendant, Katey McGruder, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to Count 1 of the Indictment. Count 1 of the Indictment charges McGruder with Distribution of a Controlled Substance Resulting in Death, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). Both parties waived any objection to the report and recommendation.

After a de novo review of the record, it is

ORDERED that the report and recommendation (Docket 112) is adopted. The defendant is adjudged guilty of Distribution of a Controlled Substance Resulting in Death, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C). It is

FURTHER ORDERED that the sentencing hearing in this matter will be on July 25, 2024, at 11:00 a.m. in Rapid City, Courtroom 2.

Dated May 6, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE